*Receipt # 11091820*
*$159.00 5/20/11*
*cg*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN RE: ROGELIO RODRIGUEZ     BK: 05-15576

UNCLAIMED FUNDS

The funds belonging to the estate of the debtor named above, having been disbursed in accordance with applicable orders entered in the said case excepting the individual listed herein:
    REFUND CHECK # 15333 FOR $ 159.00
Mailed to: 21 NORTH ERMINE STREET, DUNKIRK, NY 14068    and it
further APPEARING that more than ninety (90) days have elapsed since distribution

Albert J. Mogavero, the trustee herein, hereby remits to the Clerk of the U. S. Bankruptcy Court for the Western District of New York, the sum of $ 159.00 IN CHECK # 15549 Representing unclaimed funds belonging to the above-named debtor.

DATED: 5-19-2011



ALBERT J. MOGAVERO
TRUSTEE

FILED
MAY 20 2011
BANKRUPTCY COURT
BUFFALO, NY